STATE OF NORTH CAROLINA v. WILLIAM STACY BAREFOOT

No. 7211SC414

(Filed 28 June 1972)

APPEAL by defendant from *Brewer, Judge,* 8 February 1971 Session of Superior Court held in JOHNSTON County.

By indictments proper in form defendant was charged with (1) murder of Mrs. Willie Albritton Dickinson, (2) felonious breaking or entering and larceny from the home of Mrs. Dickinson, and (3) felonious larceny of a 1967 Chevrolet automobile, the property of Mrs. Dickinson. The defendant, represented by court-appointed counsel, pleaded guilty to second degree murder, felonious breaking or entering, and felonious larceny of an automobile. The State entered a *nolle prosequi* as to the count charging felonious larceny from the home of Mrs. Dickinson. After due inquiry as to the voluntariness of the pleas, the Court adjudicated that each of the pleas of guilty was freely, understandingly, and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency. The Court entered judgments imposing prison sentence of 30 years for second degree murder, 10 years for felonious breaking or entering, and 10 years for felonious larceny, all sentences to run consecutively. Defendant appealed.

*Attorney General Robert Morgan and Assistant Attorney General Parks H. Icenhour for the State.*

*W. Kenneth Hinton for defendant appellant.*

HEDRICK, Judge.

Defendant's court-appointed counsel concedes that he can find no error in this case. We too have carefully examined the record and find no prejudicial error.

The judgments appealed from are

Affirmed.

Judges BRITT and PARKER concur.